# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Dan and Leanne Abelmann, | ) |
| | ) **ORDER** |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| SmartLease USA, LLC, | ) Case No. 4:14-cv-040 |
| | ) |
| Defendant. | ) |

Before the court is a "Joint Stipulation to Withdraw Motion to Dismiss and Amend Plaintiffs' Answer" filed by the parties on March 23, 2015. The court **ADOPTS** the parties' stipulation (Docket No. 35). Defendant's " Motion to Dismiss Pursuant to the Doctrine of Prior Exclusive Jurisdiction" (Docket No. 17) is deemed **MOOT**. Plaintiffs shall have until April 7, 2015, to file an amended complaint. Thereafter, defendant shall have until April 28, 2015, to file an answer or otherwise respond.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court