# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Dan and Leanne Abelmann, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| SmartLease USA, L.L.C., | ) | |
| | ) | Case No. 4:14-cv-040 |
| Defendant. | ) | |

Before the court is a motion for attorney Andrew W. Davis to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Andrew W. Davis has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 41) is **GRANTED**. Attorney Andrew W. Davis is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2015.

>　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
>　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
>　　　　　　　　　　　　　　　　United States Magistrate Judge