# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Dan and Leanne Abelmann, | ) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| SmartLease USA, LLC, | ) | Case No. 4:14-cv-040 |
| Defendant. | ) | |

On April 22, 2016, defendants filed a "Notice of Substitution of Counsel." Therein it advised that attorney Christopher K. LeCates has been substituted as counsel for attorney Stephanie Dassinger and has entered an appearance on its behalf along with attorneys Kent Reirson and Paul Forster. Accordingly, attorney Stephanie Dassinger is **GRANTED** leave to withdraw.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court