# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dan and Leanne Abelmann,                                )<br>                                                                        )<br>       Plaintiffs and Counterclaim         )<br>       Defendants,                                     )<br>                                                                        )<br>   vs.                                                           )<br>                                                                        )<br>SmartLease USA, LLC,                                   )<br>                                                                        )<br>       Defendants, Counterclaimants,    )<br>       and Third-Party Defendants,         )<br>                                                                        )<br>   vs.                                                           )<br>                                                                        )<br>Executive Housing Solutions, LLC; Ray Wurth, )<br>Don Gibson, and Richard Church a/k/a Chad  )<br>Church, d/b/a Executive Housing Solutions, LLC; )<br>Ray Wurth, Don Gibson, Richard Church a/k/a )<br>Chad Church,                                                      )<br>                                                                        )<br>       Third-Party-Defendants.                )  | **ORDER**<br><br><br><br><br><br><br><br><br><br><br>Case No. 4:14-cv-040 |

Before the court is a "Second Stipulation to Amend Scheduling/Discovery Plan" filed by the parties on June 7, 2016. The court **ADOPTS** the stipulation (Docket No. 71). All pretrial deadlines shall be suspended pending further order of the court. The final pretrial conference set for September 26, 2016, and the trial scheduled for October 3, 2016, are cancelled with the understanding that they shall be rescheduled at a future date and time.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2016.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court