# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dan and Leanne Abelman, | ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) **ORDER** |
| vs. | ) |
| SmartLease USA, LLC, | ) |
| Defendant, Counterclaimant, and Third-Party Plaintiff, | ) ) ) Case No. 4:14-cv-040 |
| Executing Housings Solutions, LLC, et al., | ) |
| Third-Party Defendants. | ) |

On May 3, 2019, plaintiffs' filed a Motion for Leave to Amend and Supplement Pleadings. On May 28, 2019, the parties filed a Stipulation Consenting to Plaintiffs' Proposed Second Amended Complaint, Supplemental Complaint, and Demand for Jury Trial. The court held a status conference with the parties by telephone that same day.

Pursuant to its discussions with the parties, the Court **ADOPTS** the parties' stipulation (Doc. No. 128) and **GRANTS** plaintiffs' motion. (Doc. No. 124). Plaintiffs shall file and serve their Second Amended Complaint, Supplemental Complaint, and Demand for Jury Trial no later than June 28, 2019. Responsive pleadings are due 20 days following service of Plaintiffs' amended and supplemental complaint.

The pretrial deadlines are amended as follows. Dispositive motions are due by August 14, 2019. Upon service of a dispositive motion, the opposing party shall have twenty (20) days in which to file a response. Upon service of a response, the moving party shall have ten (10) days in which

1

to file a reply.

The final pretrial conference set September 23, 2019, shall be rescheduled for November 26, 2019, at 2:00 p.m. by telephone before the undersigned. The court shall initiate the conference call. The jury trial set October 7, 2019, shall be rescheduled for December 9, 2019, at 9:00 a.m. A nine (9) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court