# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dan and Leanne Abelmann, | ) |
|     Plaintiffs and Counterclaim Defendants, | ) **ORDER ADOPTING STIPULATION** |
| | ) **TO AMEND BRIEFING SCHEDULE** |
| v. | ) |
| SmartLease USA, LLC, | ) |
|     Defendant, Counterclaimant and Third-Party Plaintiff, | ) Case No. 4:14-cv-040 |
| Executive Housing Solutions, LLC, et al, | ) |
|     Third-Party Defendants. | ) |

On August 13, 2019, the parties filed a Motion to Amend Briefing Schedule for Dispositive Motions. The court **ADOPTS** the stipulation (Doc. No. 133) and **AMENDS** the briefing schedule as follows. Dispositive motions are due by August 16, 2019. Upon service of a dispositive motion, the opposing party shall have twenty (20) days in which to file a response. Upon service of a response, the moving party shall have eight (8) days in which to file a reply.

**IT IS SO ORDERED.**

Dated this 13th day of August, 2019.

                                                        */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court