# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dan and Leanne Abelmann, | ) |
|     Plaintiffs and Counterclaim Defendants, | ) **ORDER** |
| vs. | ) |
| SmartLease USA, LLC, | ) |
|     Defendant, Counterclaimant, and Third-Party Plaintiff, | ) |
| vs. | ) Case No. 4:14-cv-040 |
| Executing Housing Solutions, LLC, et al., | ) |
|     Third-Party Defendants. | ) |

On February 7, 2020, the parties filed a stipulated briefing schedule regarding the motion in limine filed by Defendant SmartLease USA, LLC ("SmartLease"). The court **ADOPTS** the stipulation (Doc. No. 175) and **ORDERS**:

(1) responses to SmartLease's motion in limine are due by February 20, 2020;

(2) replies to SmartLease's motion in limine are due by March 2, 2020.

Dated this 12th day of February, 2020.

                                                                 */s/ Charles S. Miller, Jr.*
                                                                 Charles S. Miller, Jr., Magistrate Judge
                                                                 United States District Court