# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dan and Leanne Abelmann, | ) |
|     Plaintiffs and Counterclaim Defendants, | ) ) )   **ORDER** |
| v. | ) |
| SmartLease USA, LLC, | ) |
|     Defendant, Counterclaimant and Third-Party Plaintiff, | ) )   Case No. 4:14-cv-040 |
| Executive Housing Solutions, LLC, et al, | ) |
|     Third-Party Defendants | ) |

On February 18, 2020, the parties filed a "Amended Stipulation Regarding Briefing Schedule for Smartlease's Motion in Limine." The court **ADOPTS** the parties' amended stipulation (Doc. No. 177) and **ORDERS**:

(1) responses to Defendant SmartLease USA, LLC's motion in limine are due by February 28, 2020; and

(2) Defendant SmartLease USA, LLC's reply s due by March 13, 2020.

Dated this 21st day of February, 2020.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court