# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dan Abelmann and the Estate of Leanne Abelmann, as successor-in-interest to Leanne Abelmann, deceased | )<br>)<br>)<br>) |
|     Plaintiffs and Counterclaim Defendants, | )<br>) **ORDER** |
| vs. | )<br>) |
| SmartLease USA, LLC, | ) |
|     Defendant, Counterclaimant, and Third-Party Plaintiff, | )<br>)<br>) Case No. 4:14-cv-040 |
| vs. | ) |
| Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, and Richard Church a/k/a Chad Church, d/b/a Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, Richard Church a/k/a Chad Church, | )<br>)<br>)<br>)<br>) |
|     Third-Party Defendants. | ) |

The court held a status conference in the above-captioned action on March 19, 2020. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The final pretrial conference set for March 30, 2020, shall be rescheduled for June 30, 2020, at 10:00 a.m. CDT by telephone. The court shall initiate the conference call.

2. The jury trial set for April 14, 2020, shall be rescheduled for July 14, 2020, at 9:00 a.m. in Bismarck before the undersigned. A nine (9) day trial is anticipated.

3. Responses to the motions in limine filed by plaintiffs on March 13, 2020, are due by

1

March 27, 2020. Plaintiffs replies are due by April 6, 2020.

4. Responses to the motions in limine filed by defendant on March 16, 2020, are due by March 30, 2020. Defendant's replies are due by April 10, 2020.

5. A hearing on the motions in limine is scheduled for April 16, 2020, at 2:00 PM CDT by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED**.

Dated this 19th day of March, 2020.

                                           */s/ Charles S. Miller, Jr.*
                                           Charles S. Miller, Jr., Magistrate Judge
                                           United States District Court