## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Dan Abelmann and the Estate of Leanne Abelmann, as successor-in-interest to Leanne Abelmann, deceased, | ) ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) | **ORDER** |
| vs. | ) ) ) | |
| SmartLease USA, LLC, | ) ) | |
| Defendant, Counterclaimant, and Third-Party Plaintiff, | ) ) ) ) | Case No. 4:14-cv-040 |
| vs. | ) ) | |
| Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, and Richard Church a/k/a Chad Church, d/b/a Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, Richard Church a/k/a Chad Church, | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

The court held a status conference with the parties by telephone on June 4, 2020. Pursuant to its discussion with the parties, the court shall cancel the final pretrial conference set for June 30, 2020, and the jury trial set for July 14, 2020, with the understanding that both shall be rescheduled as necessary at later date and time. Additionally, the court shall suspend all pending deadlines. Finally, the court shall schedule another telephonic status conference with the parties on July 16, 2020, at 10:00 AM CST. To participate in the status conference, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2020.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court