# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dan Abelmann and the Estate of Leanne Abelmann, as successor-in-interest to Leanne Abelmann, deceased, <br><br>    Plaintiffs and Counterclaim Defendants, <br><br> vs. <br><br> SmartLease USA, LLC, <br><br>    Defendant, Counterclaimant, and Third-Party Plaintiff, <br><br> vs. <br><br> Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, and Richard Church a/k/a Chad Church, d/b/a Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, Richard Church a/k/a Chad Church, <br><br>    Third-Party Defendants. | **ORDER** <br><br><br> Case No. 4:14-cv-040 |

The court shall schedule a telephonic status conference with the parties on September 29, 2020, at 11:00 AM CST.  To participate in the status conference, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2020.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr, Magistrate Judge
United States District Court
