**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Dan Abelmann and the Estate of Leanne Abelmann, as successor-in-interest to Leanne Abelmann, deceased,<br><br>      Plaintiffs and Counterclaim Defendants,<br><br>vs.<br><br>SmartLease USA, LLC,<br><br>      Defendant, Counterclaimant, and Third-Party Plaintiff,<br><br>vs.<br><br>Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, and Richard Church a/k/a Chad Church, d/b/a Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, Richard Church a/k/a Chad Church,<br><br>      Third-Party Defendants. | **ORDER**<br><br>Case No. 4:14-cv-040 |

On September 29, 2020, the court held a status conference with the parties by telephone. Pursuant to its discussion with the parties, the court **ORDERS**:

1. A status conference is scheduled for January 6, 2021, at 10:00 a.m. by telephone. To participate in the conference, the parties should dial (877) 810-9415 and enter access code 8992581.

2. The final pretrial conference shall be rescheduled for June 8, 2021, at 10:00 a.m. by telephone. To participate, the parties should dial the number and enter the access code set forth above.

3. The bench trial shall be rescheduled for June 22, 2021, at 9:00 a.m. in Bismarck (Eagle courtroom). A nine (9) day trial is anticipated.

Dated this 29th day of September, 2020.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court