## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dan Abelmann and the Estate of Leanne Abelmann, as successor-in-interest to Leanne Abelmann, deceased,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>vs.<br><br>SmartLease USA, LLC,<br><br>    Defendant, Counterclaimant, and Third-Party Plaintiff,<br><br>vs.<br><br>Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, and Richard Church a/k/a Chad Church, d/b/a Executive Housing Solutions, LLC; Ray Wurth, Don Gibson, Richard Church a/k/a Chad Church,<br><br>    Third-Party Defendants. | **ORDER**<br><br><br><br><br><br><br><br><br><br>Case No. 4:14-cv-040 |

On January 6, 2021, the court held a status conference with the parties by telephone. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The final pretrial conference set for June 8, 2021, shall be rescheduled for August 10, 2021, at 10:30 AM CDT by telephone. To participate, the parties should dial (877) 810-9415 and enter access code 8992581.

2. The jury trial set for June 22, 2021, shall be re-noticed as a bench trial and shall be rescheduled for August 16, 2021, at 9:00 AM in Bismarck (Eagle Courtroom). A five (5) day trial is anticipated.

Dated this 6th day of January, 2021.

                                                   */s/ Charles S. Miller*
                                                 Charles S. Miller, Magistrate Judge
                                                 United States District Court